**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SKY ROBERTS,

Plaintiff,

v.

PENGUIN RANDOM HOUSE, LLC d/b/a ALFRED A. KNOPF, a Delaware limited liability company; and, AMY WALLACE, an individual,

Defendants.
_______________________________/

**Case No: 5:26-cv-00496-PGB-PRL**

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: July 23, 2026.

Respectfully submitted,

**Designated Lead Counsel**
The Alderman Law Firm
*Co-counsel for Plaintiff*
Jason R. Alderman, Esq.
9999 NE 2nd Ave, Suite 211
Miami Shores, FL 33138
Ph. (305) 200-5473
Email:
jalderman@thealdermanlawfirm.com;
service@thealdermanlawfirm.com

/s/Jason R. Alderman, Esq.
Jason R. Alderman, Esq.
Fla. Bar. No. 0172375

**Co-Counsel**
The Foodman Firm, P.A.
*Co-counsel for Plaintiff*
Daniel Foodman, Esq.
1601 NE 25 Avenue, Suite 205
Ocala, FL 34470

550 Biltmore Way, Suite 1250
Coral Gables, FL 33134
Ph. (305) 201-3663
Email: df@foodmanfirm.com;
service@foodmanfirm.com

/s/ Daniel Foodman, Esq.
Daniel Foodman, Esq.
Fla. Bar. No. 0337160

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on July 23, 2026, with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Jason R. Alderman*
Jason R. Alderman