**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SKY ROBERTS,**

**Plaintiff,**

**v.** **Case No: 5:26-cv-496-PGB-PRL**

**PENGUIN RANDOM HOUSE, LLC, AMY WALLACE**

**Defendant.**

___________________________/

**ORDER**

This cause is before the Court on the Case Management Report filed by the parties (Doc. 29). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator and the mediation date within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on November 10, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record